**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1398

GRAHAM SCHIFF,

Plaintiff - Appellant,

v.

ADA E. CLARK-EDWARDS; TODD STEUART; KATHERINE TRENHOLM GETTY,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge. (1:23-cv-00822-ELH)

Submitted: July 25, 2023                    Decided: July 28, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Graham Harry Schiff, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Graham Harry Schiff appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint.  Schiff filed his complaint in March 2023 raising claims for conduct that occurred in July 2019.  Because Schiff knew of the alleged injury arising from the conduct when it occurred in 2019, his § 1983 claims were time-barred.  Md. Code Ann., Cts. & Jud. Proc. § 5-101 (2022); *Nat'l Advert. Co. v. City of Raleigh*, 947 F.2d 1158, 1161-62 (4th Cir. 1991).  Accordingly, we affirm the district court's order.  *Schiff v. Clark-Edwards*, No. 1:23-cv-00822-ELH (D. Md. Apr. 11, 2023); *see Earle v. Schreves*, 990 F.3d 774, 781 n.3 (4th Cir. 2021) (recognizing that we may "affirm a judgment for any reason appearing on the record").  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

                                                                                                    *AFFIRMED*